```
JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MICHAEL J. MULLEN
Special Assistant United States Attorney
Washington Bar No. 54288
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2748
Facsimile: (206) 615-2531
E-Mail: michael.j.mullen@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VALERY D. HUGINS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:24-cv-00734-MDC<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant, the Commissioner of Social Security, respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 16, filed on July 15, 2024), currently due on August 14, 2024, by 28 days, through and including September 11, 2024. Defendant further requests that all subsequent deadlines be extended accordingly.

This is Defendant's first request for an extension of time. Good cause exists for this extension because Defendant requires additional time for client communication. Upon review of the Plaintiff's opening brief and the record, the undersigned counsel for Defendant prepared a memorandum to the

client agency exploring settlement options. Additional time is needed to allow for a client agency response and to negotiate a possible settlement and, if necessary, submit a brief. This request is made in good faith and with no intention to unduly delay the proceedings. Defendant's counsel conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Brief through September 11, 2024.

Dated: August 13, 2024            Respectfully submitted,

                                  JASON M. FRIERSON
                                  United States Attorney

                                  */s/ Michael J. Mullen*
                                  MICHAEL J. MULLEN
                                  Special Assistant United States Attorney


IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
Dated: 8/14/24

2