JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MICHAEL J. MULLEN
Special Assistant United States Attorney
Washington Bar No. 54288
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2748
Facsimile: (206) 615-2531
E-Mail: michael.j.mullen@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VALERY D. HUGINS,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:24-cv-00734-MDC<br><br>**PARTIES' STIPULATED MOTION FOR REMAND** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this matter be remanded on an open record for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council should instruct the administrative law judge to Further develop the record, as necessary; offer the claimant the opportunity for another administrative hearing ; reevaluate the evidence, including the medical opinion of Mirit Avram, M.D.; and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. Remand should be made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Upon proper presentation, the Court will consider Plaintiff's application for reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d) and costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a). Judgment should be entered for Plaintiff.

Dated: September 9, 2024

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Michael J. Mullen*
MICHAEL J. MULLEN
Special Assistant United States Attorney

Attorneys for Defendant

Dated: September 9, 2024

*/s/ Michael J. Mullen* for*
JOHN METSKER
(*as authorized by email)

Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9/13/24

2

**CERTIFICATE OF SERVICE**

I, Michael J. Mullen, certify that the following individual(s) were served with a copy of the foregoing **PARTIES' STIPULATED MOTION FOR REMAND** on the date, and via the method of service, identified below:

**By CM/ECF:**

John Metsker
jmetsker@metskerlaw.com

Dated: September 9, 2024

*/s/ Michael J. Mullen*
MICHAEL J. MULLEN
Special Assistant United States Attorney
