John Metsker, Esq., CA SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
jmetsker@metskerlaw.com
*Attorney for Plaintiff, Admitted Pro Hac Vice*

Tiffany Gayle Doctors, Esq., NV SBN 14363
411 E. Bonneville Ave., Suite 410
Las Vegas, NV 89101
Phone: 702-382-2030
tgd@weltlaw.com
*Designated Resident Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERY D. HUGINS,<br><br>          Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.  2:24-cv-00734-MDC<br><br>STIPULATION AND [PROPOSED] ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND ONE HUNDRED EIGHTY THREE DOLLARS AND NO CENTS ($4,183.00) and no costs or expenses under 28 U.S.C. § 1920. These amounts represent compensation for all legal services rendered and costs incurred on behalf of Plaintiff, to date, by counsel in connection

with this civil action, in accordance with 28 U.S.C. §§ 2412(d) and 1920.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the ability to honor the assignment will depend on whether the fees, expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to John D. Metsker, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees, costs and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

/////
/////
/////
/////
/////
//////

Respectfully submitted,

Dated: December 9, 2024          /s/ *John David Metsker*
                                 JOHN DAVID METSKER
                                 Attorney for Plaintiff


Dated: December 9, 2024          /s/ *Michael J. Mullen**
                                 MICHAEL J. MULLEN
                                 **As authorized via email on December 9, 2024*
                                 Special Assistant United States Attorney
                                 Attorney for Defendant

**ORDER**: The stipulation is denied without prejudice.

28 USC 2412(b) allows the court to award reasonable attorneys' fees and expenses. For the Court to determine whether requested fees or expenses are reasonable, 2412(d)(1)(B) requires the party seeking fees to provide an itemized statement stating the actual time expended and the rate at which fees and other expenses were computed. The parties' stipulation does not include such statement. The parties may resubmit a corrected stipulation with the itemized statement required by Section 2412(d)(1)(B) and a statement that the parties believe the stipulated fees are reasonable. IT IS SO ORDERED.

DATE: 12-11-24

_____
MAXIMILIANO D. COUVILLIER, III
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is P.O. Box 590881, San Francisco, CA 94159. I am not a party to the above-entitled action. On the date set forth below, I caused service of STIPULATION AND [PROPOSED] ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) upon the following individuals via CM/ECF:

Blaine T Welsh    blaine.welsh@usdoj.gov, CaseView.ECF@usdoj.gov, Danielle.Bleecker@usdoj.gov, allyson.beyer@usdoj.gov, angelina.villalpando@usdoj.gov, dionne.white@usdoj.gov, liam.pisan@usdoj.gov, maria.covarrubias@usdoj.gov, maritess.recinto@usdoj.gov, vera.minkova@usdoj.gov

Tiffany Gayle Doctors    tgd@weltlaw.com

Michael James Mullen    michael.j.mullen@ssa.gov, ogc.dinv@ssa.gov

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2024.

*/s/ John David Metsker*
JOHN DAVID METSKER
Attorney for Plaintiff